**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

IN RE:

**LARRY CHADWICK MILLER**                                              **CASE NO. 17-50259**

**DEBTOR(S)**

### NOTICE OF DEBTOR REFUND

The chapter 13 trustee sent a refund to the debtor(s) in this dismissed case, and the refund was returned by the United States Postal Service with a forwarding address. The trustee gives notice that she will send the refund to the new address.

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been served on the parties below by mail or electronically via ECF on October 24, 2017.

/s/ Beverly M. Burden
Beverly M. Burden
BAR# 09330
Chapter 13 Trustee
P.O. Box 2204
Lexington KY  40588
(859) 233-1527
NOTICES@CH13EDKY.COM

Counsel for debtor (via ECF)

Larry Chadwick Miller
177 Waco Hts.
Waco KY  40385-9762